# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DIANNE McCALL CHANDLER** and **JEFFREY CHANDLER,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** et. al.,
Appellee.

No. 4D2022-3351

[February 15, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 2018CA000336.

W. Trent Steele of Steele Law, Hobe Sound, for appellants.

Zachary Ullman of Aldridge | Pite, LLP, Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***